**Order entered October 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00338-CV

### IN THE INTEREST OF J.R.I., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-03557-T**

## ORDER

We **GRANT** appellee's October 16, 2014 unopposed third motion for an extension of time to file a brief. Appellee shall file his brief by **NOVEMBER 3, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
    JUSTICE